WILLIAM H. McINTIRE, Respondent, *v.* THE NATIONAL
NASSAU BANK OF NEW YORK, Appellant.

Reported below, 157 App. Div. 916.
(Argued October 20, 1913; decided October 28, 1913.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first judi-
cial department, entered June 24, 1913, affirming a judg-
ment in favor of plaintiff entered upon a verdict directed
by the court in an action to recover a balance on deposit
in the defendant bank which had been paid on an alleged
forged check.

The motion was made upon the ground of delay in
prosecuting the appeal.

*Isaac H. Levy* for motion.

*Marshal Stearns* opposed.

Motion denied, without costs.